

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal No. 4:07-cr-284 |
| v. | ) | INDICTMENT |
| | ) | T. 29, U.S.C. § 501(c) |
| JAMES IRELAND, | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNTS 1-10
### (Embezzlement from Labor Union)

On or about the following dates, in the Southern District of Iowa, the Defendant, JAMES IRELAND, while an officer, that is, Financial Secretary of United Auto Workers Local 1672, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use and the use of another, the assets of United Auto Workers Local 1672, in the approximate amount of $3,662.00, in that he wrote unauthorized checks to himself and his wife, and forged the Local President's signature on the checks:

| Count | Date | Check # | Amount |
|---|---|---|---|
| 1 | 11/15/03 | 6516 | $252.00 |
| 2 | 11/21/03 | 6521 | $252.00 |
| 3 | 12/1/03 | 6523 | $252.00 |
| 4 | 12/5/03 | 6254 | $212.00 |

| **Count** | **Date** | **Check #** | **Amount** |
|---|---|---|---|
| 5 | 12/15/03 | 6526 | $232.00 |
| 6 | 12/16/03 | 6527 | $200.00 |
| 7 | 1/20/04 | 6528 | $262.00 |
| 8 | 1/30/04 | 6529 | $300.00 |
| 9 | 2/20/04 | 6531 | $500.00 |
| 10 | 2/16/04 | 6532 | $1200.00 |

All in violation of Title 29, United States Code, Section 501(c).

**A TRUE BILL.**

                                                      /s/
                                          **FOREPERSON**

Matthew G. Whitaker
United States Attorney

By:    /s/
Mary C. Luxa
Assistant United States Attorney